unanimously modified on the law by vacating the amount of restitution ordered and as modified the order is affirmed, and the matter is remitted to Genesee County Court for a new hearing (*see People v Joseph*, 90 AD3d 1646, 1647 [2011]). Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVON WALKER, Appellant. (Appeal No. 1.) [940 NYS2d 516]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered August 3, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVON WALKER, Appellant. (Appeal No. 2.) [940 NYS2d 516]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered August 3, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD E. HEIDEMAN, Appellant. [939 NYS2d 898]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered July 12, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE N.F., Appellant. [940 NYS2d 516]—Appeal from an adjudication of the Ontario County Court (Frederick G. Reed, A.J.), rendered December 2, 2009. Defendant was adjudicated a youthful offender upon his plea of guilty to burglary in the second degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKEEM J. GOLSON, Appellant. [940 NYS2d 423]—